UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No.: 20-18665 MAM

Chapter 7

Lisa Heather Greenwood

Debtor.

_____/

**EX-PARTE MOTION TO CONTINUE 11 U.S.C. § 341 MEETING OF CREDITORS**

**AND EXTEND THE TIME TO OBJECT TO DISCHARGE**

The Debtor, Lisa Heather Greenwood, hereby files this Motion to Continue 11 U.S.C. § 341 Meeting of Creditors and Extend the Time to Object to Discharge and in support thereof states:

1. The Debtor filed this proceeding as a voluntary Chapter 7 on August 11, 2020.

2. The 11 U.S.C. § 341 Meeting of Creditors is set for September 10, 2020 at 10 a.m.

3. The Debtor's Counsel has a hearing set for the same date and time and has requested a continued 11 U.S.C. § 341 Meeting of Creditors for another date and time.

4. The Trustee has agreed to continue the 11 U.S.C. § 341 Meeting of Creditors to September 29, 2020 at 11:30 am.

5. The Debtor has consented to an extension of time for the Chapter 7 Trustee and the United States Trustee's Office to object to Debtor's discharge for sixty (60) days after the meeting of creditors.

WHEREFORE the Debtor, Lisa Heather Greenwood, respectfully request that the Court enter an Order extending the time to object to the Debtor's discharge sixty (60) days and to continue 11 U.S.C. §341 Meeting of Creditors plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true copy of the Ex-Parte Motion to Continue the Meeting of Creditors and Extend Time to Object to Discharge was served on: Office of the U.S. Trustee, U.S., Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130; Nicole Testa Mehdipour, Trustee, 200 East Broward Blvd, Ste 1110, Ft. Lauderdale, FL 33301 and all creditors listed on the attached list was sent via electronically and or by US mail in accordance with Bankruptcy Rule 7004 on this 10th day of September, 2020.

        CHANDRA PARKER DOUCETTE, P.A.
        Attorney for the Debtor
        621 NW 53rd Street #240
        Boca Raton, FL 33487
        (561)995-1490 office
        (754)999-0285 direct

          By: /s/
          Chandra Parker Doucette, Esq.
          Bar #412716
          chandra@chandralaw.net
          service@chandralaw.net

| | | |
|---|---|---|
| **AFNI, Inc.**<br>PO Box 3427<br>Bloomington, IL 61702-3427 | **AMEX/DSNB**<br>P.O. Box 8218<br>Mason, OH 45040-8218 | **Aurora Diagnostics**<br>Bernhardt Laboratory Inc.<br>Po Box 935431<br>Atlanta, GA 31193-5431 |
| **Bank of America**<br>150 N College St<br>Charlotte, NC 28202-2271 | **Barclays Bank Delaware**<br>Attn: Credit Beaureau<br>Po Box 8803<br>Wilmington, DE 19899-8803 | **Capital One Bank USA NA**<br>PO Box 30285<br>Salt Lake Cty, UT 84130-0285 |
| **Chandra Parker Doucette PA**<br>621 NW 53rd St Ste 240<br>Boca Raton, FL 33487-8291 | **Comenity Capital/El Dorado**<br>PO Box 182120<br>Columbus, OH 43218 | **Comenty Bank/Victoria Secrets**<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| **CRDT First**<br>6275 Eastland Rd<br>Brookpark, OH 44142-1301 | **Credit Collections Services**<br>725 Canton Street<br>Norwood, MA 02062 | **Credit First NA/Firestone**<br>PO Box 81083<br>Cleveland, OH 44181 |
| **Delray Medical Center**<br>Po Box 1259 Dept 148905<br>Oaks, PA 19456-1259 | **Dianon Pathology**<br>c/o Lab Corp Of America (FL)<br>5610 W La Salle St<br>Tampa, FL 33607-1770 | **ED South/ JP Morgan**<br>120 N Seven Oaks Dr<br>Knoxville, TN 37922-2359 |
| **EdFinancial/EdSouth**<br>Bank of New York as Trustee<br>123 Center Park Dr<br>Knoxville, TN 37922-2166 | **Eldorado Furniture**<br>c/o Hayt, Hayt & Landau P.L<br>7765 Sw 87th Ave Ste 101<br>Miami, FL 33173-2535 | **First Federal Credit Control Inc.**<br>24700 Chagrin Blvd Ste 205<br>Beachwood, OH 44122-5630 |
| **First Source Advantage LLC**<br>Po Box 628<br>Buffalo, NY 14240-0628 | **Golden Orthopedic Knee & Sports Med**<br>9970 Central Park Blvd N Ste 300<br>Boca Raton, FL 33428-2237 | **Hyatt & Landau**<br>7765 Sw 87th Ave Ste 101<br>Miami, FL 33173-2535 |
| **Hyundai Capital America**<br>4000 Macarthur Blvd Ste 1000<br>Newport Beach, CA 92660-2544 | **Hyundai Motor Finance**<br>10550 Talbert Avenue<br>Fountain Valley, CA 92708 | **JPMCB HL**<br>700 Kansas Ln<br>Monroe, LA 71203-4774 |
| **JPMCB-Home Lending**<br>301 N Walnut St Fl 9<br>Wilmington, DE 19801-3971 | **Kohls/Capital One**<br>PO Box 3115<br>Milwaukee, WI 53201 | **LCA Colections**<br>Lab Corp Corporation of America<br>Po Box 2240<br>Burlington, NC 27216-2240 |
| **MECU**<br>1205 E. Algonquin Rd<br>Schaumburg, IL 60196 | **Mercantile Adjustment Bureau**<br>4000 Macarthur Blvd Ste 1000<br>Newport Beach, CA 92660-2544 | **Motorola ECU**<br>2000 Progress Pkwy<br>Schaumburg, IL 60196-4000 |

**Navient**
Po Box 9655
Wilkes Barre, PA 18773-9655

**Navy Federal**
One Security Place
PO Box #161006
Merrifield, VA 22119

**Navy Federal CU**
One Security Place
Po Box 3000
Merrifield, VA 22119-3000

**Penn Credit**
2800 Commerce Drive
Harrisburg, PA 17106-9703

**Portfolio Recovery Associates**
140 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

**Portfolio Recovery Associates**
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

**Premier Dermatology Partners**
Po Box 744122
Atlanta, GA 30374-4122

**SHELL/CBNA**
Citibank Credit Bureau Dispute
Po Box 6497
Sioux Falls, SD 57117-6497

**Sunrise Credit Services**
PO Box 9100
Farmingdale, NY 11735

**SYNCB**
4125 Windward Plaza
Alpharetta, GA 30005

**Target National Bank**
c/o Target Credit Services
Po Box 673
Minneapolis, MN 55440-0673

**Transworld Systems Inc.**
Po Box 15520
Wilmington, DE 19850-5520

**UAS/Andigo Credit Union**
c/o ESP Kreuzer Cores LLP
1501 E Woodfield Rd Ste 400
Schaumburg, IL 60173-6052

**UAS/Andigo Credit Union**
c/o ESP Kreuzer Cores LLP
400 S County Farm Rd Ste 200
Wheaton, IL 60187-4547

**West Boca Medical Center**
Po Box 741249
Atlanta, GA 30374-1249