

ORDERED in the Southern District of Florida on September 11, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　**Mindy A. Mora, Judge**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Court**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:　　　　　　　　　　　　　　　　　　Case No. 20-18665-MAM

Lisa Heather Greenwood,　　　　　　　　　Chapter 7

　　Debtor.

### ORDER GRANTING APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED (ECF NO. 6)

**THIS MATTER** came before the Court on the above-captioned debtor's (the "Debtor") *Application to Have the Chapter 7 Filing Fee Waived* (the "Application") (ECF No. 6). The Court, having considered the Application, and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

1. The Application is **GRANTED**.

2. This Order is subject to being vacated at a later time if developments in the bankruptcy case demonstrate that the waiver was unwarranted.

###

Copies Furnished To:

**Lisa Heather Greenwood**
22607 Vistawood Way
Boca Raton, FL 33428-5566

**Chandra P Doucette**
Law Office of Chandra Parker Doucette,PA
621 NW 53 St # 240
Boca Raton, FL 33487

Nicole Testa Mehdipour, Trustee

AUST